IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANN M. BYBEL, M.D. | : | No. 09-0570-LS |
| Plaintiff, | : | |
| vs. | : | |
| METROPOLITAN LIFE INSURANCE COMPANY; LINCOLN NATIONAL LIFE INSURANCE COMPANY, | : | |
| Defendants. | : | JURY TRIAL DEMANDED |

## **PLAINTIFF'S ANSWER TO DEFENDANTS' AFFIRMATIVE DEFENSES**

1. Denied.

2. Denied.

3. Denied.

4. Denied.

                                                */s/ Michele S. Burkholder*        .
                                                JOSEPH F. RODA
                                                Atty. I.D. No. 20615

                                                MICHELE S. BURKHOLDER
                                                Atty. I.D. No. 78063

                                                RODANAST, P.C.
                                                801 Estelle Drive
                                                Lancaster, Pennsylvania 17601
                                                (717) 892-3000

                                                *Attorneys for Plaintiffs*

DATED: May 7, 2009

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiff's Answer to Defendants' Affirmative Defenses was filed electronically and is available for viewing and downloading from the Court's ECF system. Service on the following was accomplished by such electronic filing:

> Douglas F. Johnson, Esquire
> EARP COHN P.C.
> 1725 Spruce Street
> Philadelphia, Pennsylvania 19103-6149.

>> */s/ Michele S. Burkholder* .
>> MICHELE S. BURKHOLDER

May 7, 2009