**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANNE BYBEL, M.D.,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **NO. 09-570** |
| | : | |
| **METROPOLITAN LIFE** | : | |
| **INSURANCE COMPANY;** | : | |
| **LINCOLN NATIONAL** | : | |
| **LIFE INSURANCE COMPANY,** | : | |
| **Defendants** | : | |

**O R D E R**

**STENGEL, J.**

    **AND NOW,** this   18th   day of November, 2010, upon careful consideration of

defendant's motion for summary judgment (Document No. 57), the plaintiffs' response

thereto (Document No. 63), and the reply and sur-reply thereto, IT IS **HEREBY**

**ORDERED** that the defendant's motion is **DENIED** for the reasons set forth in the

accompanying memorandum.


                                         BY THE COURT:


                                        /s/ Lawrence F. Stengel
                                        LAWRENCE F. STENGEL, J.